THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GASPAR, an individual,

Plaintiff,

v.

TURN TECHNOLOGIES, INC., a Delaware Corporation, and RAHIER RAHMAN, and his marital community,

Defendants.

TURN TECHNOLOGIES, INC., a Delaware Corporation,

Counterclaim Plaintiff,

v.

BRIAN GASPAR,

Counterclaim Defendant.

Case No. 2:23-cv-01274

**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT / COUNTERCLAIM PLAINTIFF TURN TECHNOLOGIES, INC. AND DEFENDANT RAHIER RAHMAN**

NOTE ON MOTION CALENDAR:
April 26, 2024

TO: The Clerk of the Court;

AND TO: All Parties and Their Counsel of Record.

IT IS HEREBY STIPULATED by and between the undersigned counsel that Defendant and Counterclaim Plaintiff TURN TECHNOLOGIES, INC. and Defendant RAHIER RAHMA

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

have authorized and consented to the substitution of counsel as follows:

The law firm of LITTLER MENDELSON, P.C., Alyesha Asghar Dotson, WSBA #55122 and Jordan Wada, WSBA #54937 shall withdraw as counsel of record for Defendant and Counterclaim Plaintiff TURN TECHNOLOGIES, INC. and Defendant RAHIER RAHMA. The law firm of GORDON REES SCULLY MANSUKHANI, LLP, Robert L. Gillette, WSBA #42212 and Michael C. Tracy, WSBA #51226 shall be substituted in as counsel of record for Defendant and Counterclaim Plaintiff TURN TECHNOLOGIES, INC. and Defendant RAHIER RAHMA in the above-captioned matter.

IT IS SO ORDERED:

Dated May 1, 2024

Thomas S. Zilly
United States District Judge

Presented By:

Dated: April 26, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Robert L. Gillette*
Robert L. Gillette, WSBA No. 42212

By: */s/ Michael C. Tracy*
Michael C. Tracy, WSBA No. 51226
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5178
Fax: (206) 689-2822
Email: rgillette@grsm.com
Email: mtracy@gram.com

*AND*

Dated: April 26, 2024

LITTLER MENDELSON, P.C.

By: */s/ Alyesha Asghar Dotson*
Alyesha Asghar Dotson, WSBA #55122

By: */s/ Jordan Wada*
Jordan Wada, WSBA #54937
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: (206) 623-3300
Facsimile: (206) 447-6965
Email: aasghar@littler.com
Email: jwada@littler.com

*AND*

Dated: April 26, 2024

MAYER BROWN LLP

By: */s/ Charles Edward Harris, II*
Charles Edward Harris, II
ISLN No. 917964808
*Admitted Pro Hac Vice*
71 South Wacker Drive
Chicago, IL 60606-4643
Phone: (312) 701-8934
Fax: (312-706-8359
Email: charris@mayerbrown.com

By: */s/ Elisabeth M. Anderson*
Elisabeth M. Anderson CSB No. 318326
*Admitted Pro Hac Vice*
333 South Grand Avenue, Suite 4700
Los Angeles, CA 90071
Phone: 213-229-5118
Fax: 213-579-8128
Email: eanderson@mayerbrown.com

Attorneys for Defendant / Counterclaim Plaintiff Turn Technologies, Inc. and Defendant Rahier Rahman

STIPULATION FOR SUBSTITUTION OF COUNSEL
USDC Case No.: 2:23-cv-01274 - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

Dated: April 26, 2024

THE BLANKENSHIP LAW FIRM PLLC

By: */s/ Scott C.G. Blankenship*
Scott C.G. Blankenship,WSBA No. 21431

By: */s/ Michael Mohan* .
Michael Mohan, WSBA No. 54449
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
Phone: (206) 343-2700
Facsimile: (206) 343-2704
Email:sblankenship@blankenshiplawfirm.com
mmohan@blankenshiplawfirm.com
kfuhlman@blankenshiplawfirm.com

Attorneys for Plaintiff

STIPULATION FOR SUBSTITUTION OF COUNSEL
USDC Case No.: 2:23-cv-01274 - 4

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on this day a true and accurate copy of the foregoing document was filed with the above-entitled Court through the United States District Court CM / ECF System and served as indicated:

| | |
|---|---|
| Scott C.G. Blankenship, WSBA No. 21431<br>Michael Mohan, WSBA No. 54449<br>THE BLANKENSHIP LAW FIRM , PLLC<br>1000 Second Avenue, Suite 3250<br>Seattle, Washington 98104<br>Phone: (206) 343-2700<br>Facsimile: (206) 343-2704<br>Email: sblankenship@blankenshiplawfirm.com<br>mmohan@blankenshiplawfirm.com<br>kfuhlman@blankenshiplawfirm.com<br><br>*Attorneys for Plaintiff and Counter-Defendant BRIAN GASPAR* | ☒ U.S. Mail Postage Prepaid<br>☐ Hand Delivery<br>☒ Email: |
| Charles Edward Harris, II<br>MAYER BROWN LLP (IL)<br>71 South Wacker Drive<br>Chicago, IL 60606-4643<br>Phone: (312) 701-8934<br>Fax: (312-706-8359<br>Email: charris@mayerbrown.com<br><br>Elisabeth M. Anderson (aka Libby Anderson)<br>California Bar No. #318326<br>MAYER BROWN LLP (CA)<br>333 South Grand Avenue, Suite 4700<br>Los Angeles, CA 90071<br>Phone: 213-229-5118<br>Fax: 213-579-8128<br>Email: eanderson@mayerbrown.com<br><br>*Attorneys for Defendants and Counter-Claimants TURN TECHNOLOGIES and RAHIER RAHMAN* | ☒ U.S. Mail Postage Prepaid<br>☐ Hand Delivery<br>☒ Email: |

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822

| | |
|---|---|
| Alyesha Asghar Dotson, WSBA #55122<br>Jordan Wada, WSBA #54937<br>LITTLER MENDELSON, P.C.<br>One Union Square<br>600 University Street, Suite 3200<br>Seattle, WA 98101.3122<br>Phone: (206) 623-3300<br>Facsimile: (206) 447-6965<br>Email: aasghar@littler.com<br>Email: jwada@littler.com<br><br>*Attorneys for Defendants and Counter-Claimants TURN TECHNOLOGIES and RAHIER RAHMAN* | ☒ U.S. Mail Postage Prepaid<br>☐ Hand Delivery<br>☒ Email: |

Date: April 26, 2024

Jacqueline Burrell

Jacqueline Burrell

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5112
Facsimile: (206) 689-2822