1

2

3                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
4                              AT SEATTLE

5   BRIAN GASPAR,

6                        Plaintiff,

7          v.                                   C23-1274 TSZ

8   TURN TECHNOLOGIES INC; and                  MINUTE ORDER
    RAHIER RAHMAN,
9
                         Defendants.
10

11         The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

12
           (1)    Plaintiff's motion to seal, docket no. 57, is GRANTED in part and
13  DENIED in part.  The parties agree that Exhibit B and F should remain sealed.  Pl.'s Mot.
    at 3 (docket no. 57); Defs.' Resp. at 5–7 (docket no. 69).  The Court concludes that
14  Exhibit E should remain sealed.  The parties do not object to unsealing Exhibits C, D, G,
    and H.  Pl.'s Mot. at 3; Defs.' Resp. at 7–8.  Exhibits B, E, and F shall remain under seal.
15  Plaintiff is DIRECTED to file Exhibits C, D, G, and H on the public docket within seven
    (7) days of the date of this Minute Order.
16
           (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
17  record.

18         Dated this 8th day of August, 2024.

19                                              Ravi Subramanian
                                                Clerk
20
                                                s/Laurie Cuaresma
21                                              Deputy Clerk

22

23