UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GASPAR,

          Plaintiff,

  v.

TURN TECHNOLOGIES INC; and RAHIER RAHMAN,

          Defendants.

C23-1274 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendants' motion for summary judgment, docket no. 46, which was filed five months before the January 21, 2025, discovery deadline, see Minute Order (docket no. 40), is RENOTED to February 14, 2025.  Plaintiff's motion for a Rule 56(d) continuance, see Pl.'s Resp. at 20–24 (docket no. 54), is GRANTED.  Plaintiff's surreply, docket no. 72, is STRICKEN as moot.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 13th day of August, 2024.

                                     Ravi Subramanian
                                     Clerk

                                   s/Laurie Cuaresma
                                   Deputy Clerk

MINUTE ORDER - 1