UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GASPAR,

        Plaintiff,

  v.

TURN TECHNOLOGIES INC; and RAHIER RAHMAN,

        Defendants.

C23-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On August 13, 2024, the Court entered a Minute Order renoting Defendants' motion for summary judgment, docket no. 46, to February 14, 2025. Any opposition papers shall be filed no later than January 31, 2025, and any reply papers shall be filed by February 14, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of September, 2024.

                      Ravi Subramanian
                      Clerk

                      s/Laurie Cuaresma
                      Deputy Clerk

MINUTE ORDER - 1