UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GASPAR,

                Plaintiff,

  v.

TURN TECHNOLOGIES INC; and RAHIER RAHMAN,

                Defendants.

C23-1274 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties' stipulated motion to continue the case schedule, docket no. 81, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **November 10, 2025** |
|---|---|
| Length of Trial | 5-10 days |
| Discovery motions filing deadline | June 12, 2025 |
| Discovery completion deadline | July 21, 2025 |
| Dispositive motions filing deadline | May 29, 2025 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | June 5, 2025 |

MINUTE ORDER - 1

| Motions in limine filing deadline[1] | October 16, 2025 |
|---|---|
| Agreed pretrial order due | October 24, 2025 |
| Trial briefs, proposed voir dire questions, and jury instructions due | October 24, 2025 |
| Pretrial conference | October 31, 2025 at 10:00 a.m. |

The provisions of the Minute Order Setting Trial and Related Dates, docket no. 40, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(2)     In light of the parties' stipulated motion to continue the case schedule, docket no. 81, defendants' motion for summary judgment, docket no. 46, is STRICKEN without prejudice.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of November, 2024.

Ravi Subramanian<br>
Clerk<br><br>
s/Laurie Cuaresma<br>
Deputy Clerk

---

[1] All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

MINUTE ORDER - 2