UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN GASPAR,

        Plaintiff,

v.

TURN TECHNOLOGIES INC; and RAHIER RAHMAN,

        Defendants.

C23-1274 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to continue the case schedule, docket no. 103, is GRANTED as set forth herein.

| JURY TRIAL DATE | April 6, 2026 |
|---|---|
| Length of Trial | 5-10 days |
| Discovery motions filing deadline | November 6, 2025 |
| Discovery completion deadline | December 15, 2025 |
| Dispositive motions filing deadline | January 15, 2026 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | January 22, 2026 |

MINUTE ORDER - 1

| Motions in limine[1] filing deadline | March 5, 2026 |
|---|---|
| Agreed pretrial order due | March 20, 2026 |
| Trial briefs, proposed voir dire questions, and jury instructions due | March 20, 2026 |
| Pretrial conference | March 27, 2026 at 10:00 a.m. |

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of May, 2025.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

---

[1] All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the pretrial conference, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendants' disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

MINUTE ORDER - 2